**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

PRIME PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiff,

Case No. 2:24-CV-14053 AMC

vs.

PRIDE OF SAINT LUCIE LODGE #1189,
IBPOE of W, INC. and SHEKIRRAYAH
EVERETT,

      Defendant

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4 and the Court's August 21, 2024 Paperless Order [ECF No. 37], the Parties hereby advise the Court that they have reached a settlement and will not be proceeding further with this case. Upon completion of the settlement documents, the Parties will file a stipulation of dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/ *Brittney Savino* | /s/ *Debra Nolan* |
| Ronald L. Kammer, Esq. | Arnold S. Gaines, Esq. |
| Florida Bar No. 360589 | Florida Bar No. 0670928 |
| rkammer@hinshawlaw.com | asg@gainesnolan.com |
| dphangsang@hinshawlaw.com | Debra Nolan, Esq. |
| Brittney Savino, Esq. | Florida Bar No. 638821 |
| Florida Bar No. 118898 | debra@gainesnolan.com |
| bsavino@hinshawlaw.com | |
| acaceres-naar@hinshawlaw.com | **GAINES NOLAN INJURY LAW, PLLC** |
| **HINSHAW & CULBERTSON, LLP** | 2100 SE Hillmoor Drive. |
| 2811 Ponce de Leon Blvd. | Suite 106 Port St. Lucie, FL |
| Suite 1000, 10th Floor | Telephone: (772) 200-4600 |
| Coral Gables, FL 33134 | Facsimile: (772) 200- 4575 |
| Telephone: (305) 358-7747 | *Counsel for Defendant Shekirrayah Everett* |
| Facsimile: (305) 577-1063 | |
| *Counsel for Plaintiff* | |

1044004\322183127.v1

/s/ *Derek Lewis*
**Derek V. Lewis, Esq.**
Florida Bar No. 0187755
dvlesq@gmail.com
**DEREK LEWIS, P.A.**
416 14 PL SW
Vero Beach, FL 32962
Telephone: (954) 696-6195
*Counsel for Defendant Pride of Saint Lucie Lodge #1189, IBPOE of W, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Brittney Savino*
Brittney Savino