# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. PIERCE DIVISION

PRIME PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiff,

Case No. 2:24-CV-14053 AMC

vs.

PRIDE OF SAINT LUCIE LODGE #1189,
IBPOE of W, INC. and SHEKIRRAYAH
EVERETT,

      Defendant

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with Rule 41 of the Federal Rules of Civil Procedure, the parties hereby file this joint stipulation of dismissal without prejudice. Each party is to bear its own fees and costs.

DATED October 3, 2024

Respectfully,

| | |
|---|---|
| /s/ *Brittney Savino* | /s/ *Debra Nolan* |
| Ronald L. Kammer, Esq. | Arnold S. Gaines, Esq. |
| Florida Bar No. 360589 | Florida Bar No. 0670928 |
| rkammer@hinshawlaw.com | asg@gainesnolan.com |
| dphangsang@hinshawlaw.com | Debra Nolan, Esq. |
| Brittney Savino, Esq. | Florida Bar No. 638821 |
| Florida Bar No. 118898 | debra@gainesnolan.com |
| bsavino@hinshawlaw.com | **GAINES NOLAN INJURY LAW, PLLC** |
| acaceres-naar@hinshawlaw.com | 2100 SE Hillmoor Drive. |
| **HINSHAW & CULBERTSON, LLP** | Suite 106 Port St. Lucie, FL |
| 2811 Ponce de Leon Blvd. | Telephone: (772) 200-4600 |
| Suite 1000, 10th Floor | Facsimile: (772) 200- 4575 |
| Coral Gables, FL 33134 | *Counsel for Defendant Shekirrayah Everett* |
| Telephone: (305) 358-7747 | |
| Facsimile: (305) 577-1063 | |
| *Counsel for Plaintiff* | |

/s/ *Derek Lewis*
**Derek V. Lewis, Esq.**
Florida Bar No. 0187755
dvlesq@gmail.com
**DEREK LEWIS, P.A.**
416 14 PL SW
Vero Beach, FL 32962
Telephone: (954) 696-6195
*Counsel for Defendant Pride of Saint Lucie Lodge #1189, IBPOE of W, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brittney Savino*
Brittney Savino