UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14053-CIV-CANNON/Maynard

**PRIME PROPERTY & CASUALTY**
**INSURANCE COMPANY,**

    Plaintiff,
v.

**PRIDE OF SANT LUCIE LODGE #1189,**
**IBPOE OF W, INC.** and
**SHEKIRRAYAH EVERETT**,

    Defendants.
_____/

**ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on October 3, 2024 [ECF No. 41]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective October 3, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 41]. It is hereby **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of October 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record